# United States Court of Appeals
## For the First Circuit

---

No. 99-8015

WASTE MANAGEMENT HOLDINGS, INC.,

Petitioner,

v.

ROBERT MOWBRAY, ON HIS OWN BEHALF AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Respondent.

---

ERRATA SHEET

The opinion of this Court issued on March 31, 2000 is corrected as follows:

On page 20, lines 1-3, delete the sentence that begins "Eisen may place . . ."

On page 20, line 3, delete "Nor does" and insert "does not" after "fairly read," and before "foreclose".

On page 20, line 6, insert "the Court's subsequent opinion in" before "General Telephone".